**Jenny Johana PONCE ARCHAGA,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 08–73160.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 12, 2011.*

Filed July 22, 2011.

Elsa Ines Martinez, Esquire, Law Offices of Elsa Martinez, PLC, Los Angeles, CA, for Petitioner.

Richard M. Evans, Esquire, Assistant Director, OIL, Rebecca Anne Niburg, Esquire, Andrew Jacob Oliveira, Esquire, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Jenny Johana Ponce Archaga, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings. Our jurisdiction is governed by 8 U.S.C. § 1252. We

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

review for abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005). We deny in part and dismiss in part the petition for review.

The BIA acted within its broad discretion in determining that Ponce Archaga's evidence of hardship was insufficient to warrant reopening. *See Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002) (The BIA's denial of a motion to reopen shall be reversed only if it is "arbitrary, irrational, or contrary to law.").

We lack jurisdiction to review the BIA's decision not to invoke its sua sponte authority to reopen proceedings under 8 C.F.R. § 1003.2(a). *See Mejia–Hernandez v. Holder,* 633 F.3d 818, 824 (9th Cir.2011).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**